UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) FAIGENBLAT, ET AL.

CIVIL NO. 97-1802(DRD)

v.

Defendant(s) NEW ENGLAND MUTUAL, ET AL.

| MOTION | ORDER |
|---|---|
| Docket entry no. 9. | ✓ GRANTED. |
| Date: August 2, 2002. | ❑ DENIED. |
| Title: MOTION TO CLAIM MONIES DEPOSITED IN THE COURT. | ❑ MOOT. |
| | ❑ NOTED. |
| | The amount of $2,565.00 plus interest less regular fees is to be disbursed to the Plaintiffs, Betty Faigenblat and Mark Feigenblat. |

IT IS SO ORDERED.

DATE: AUGUST __15__, 2002.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

